UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DARLENE D. WINN and )
VANESSA CUSHENBERRY, )
)
Plaintiffs, )
)
v. )    Case No. 19-2715-EFM
)
ENSIGN U-HEALTHCARE RESORT )
OF LEAWOOD, )
)
Defendant. )

## ORDER

The two pro se plaintiffs in this action have filed a single motion for leave to proceed without payment of fees or costs (ECF No. 3). Each plaintiff has completed a separate financial affidavit, discussing her own financial status (ECF Nos. 3-1, 3-2). The court considered the financial affidavits separately and concludes each plaintiff should be allowed to proceed in forma pauperis. The motion is hereby granted. If not previously provided, plaintiffs are directed to provide the address of the defendant by no later than **December 4, 2019**, so that the Clerk of the Court may proceed with service of process. The Clerk shall issue summons to the U.S. Marshal or Deputy Marshal, who are appointed pursuant to Fed. R. Civ. P. 4(c)(3).

A copy of this order shall be mailed to each plaintiff by certified and regular mail.

IT IS SO ORDERED.

1

Dated November 21, 2019, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge