UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DARLENE D. WINN                                      )
and VANESSA CUSHENBERRY,                             )
                                                     )
                          Plaintiffs,                )
                                                     )
v.                                                   )          Case No. 19-2715-EFM
                                                     )
ENSIGN U-HEALTHCARE RESORT                           )
OF LEAWOOD,                                          )
                                                     )
                          Defendant.                 )

## ORDER

This morning, pro se plaintiff Darlene D. Winn sent an e-mail to the chambers of U.S. District Judge Eric F. Melgren.  She asked for clarification on whether plaintiffs or defendant was responsible for arranging the arbitration ordered by Judge Melgren on June 2, 2020 (ECF No. 13).

First, the court informs plaintiffs that they may not communicate about their case with the court without the other party present.  Such communication is called "ex parte communication," and is improper.  Thus, plaintiffs are directed to copy the other side on any future e-mails to the court.

Second, the arbitration agreements at issue state,

A party with an Arbitrable Dispute must initiate the dispute resolution process by submitting a written request for arbitration. . . .   A request

1

submitted by the Employee must be directed to the Executive Director of the Company at the Company's principal place of business.[1]

Plaintiffs are directed to proceed accordingly.

The clerk is directed to mail a copy of this order to the pro se plaintiffs.

IT IS SO ORDERED.

 Dated September 22, 2020, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

---

[1] ECF No. 12-1 at 2; ECF No. 12-2 at 2.

O:\ORDERS\19-2715-EFM-arb.docx