UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DARLENE D. WINN and VANESSA CUSHENBERRY, <br><br> Plaintiffs, <br><br> v. <br><br> ENSIGN U-HEALTHCARE RESORT OF LEAWOOD, <br><br> Defendant. | Case No. 19-2715-EFM |

## **ORDER**

Pursuant to a court order (ECF No. 21), defendant has filed a report on the status of arbitration in this case (ECF No. 23).  The status report indicates plaintiffs submitted separate demands for arbitration to the American Arbitration Association ("AAA"), and by agreement of the parties, the demands were consolidated into a single proceeding under AAA Case Number 01-21-0002-0831.  On May 19, 2021, Arbitrator Diane Sorensen was assigned to the case.  The parties are awaiting notice of a preliminary management conference with Arbitrator Sorensen to set the case for a hearing on the merits.

The court orders the case remain stayed while the parties submit to arbitration.  Defendant shall file a status report by December 1, 2021, or within 14 days of completion of arbitration, whichever occurs earlier.

The clerk is directed to mail a copy of this order to the pro se plaintiffs.

IT IS SO ORDERED.

Dated May 28, 2021, at Kansas City, Kansas.

                                                        s/ James P. O'Hara
                                                       James P. O'Hara
                                                       U.S. Magistrate Judge